UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B.K. SHAH,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.

22-CV-2049 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On August 19, 2014, Plaintiff was barred from filing any new action without first obtaining from the Court leave to file. *See Shah v. N.Y. State Office of Mental Health*, ECF 7:14-CV-3304, 7 (S.D.N.Y. Aug. 14, 2014). Plaintiff files this new *pro se* case and has not sought leave from the Court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the August 19, 2014 order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   March 14, 2022
             New York, New York

                                          /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                         Chief United States District Judge