UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B.K. SHAH,

                Plaintiff,

      -against-

UNITED STATES OF AMERICA,

                Defendant.

22-CV-2049 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued March 14, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the August 19, 2014 order in *Shah v. N.Y. State Office of Mental Health*, ECF 7:14-CV-3304, 7 (S.D.N.Y. Aug. 14, 2014), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 14, 2022
          New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge